UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

  v.

SHAUNA ANDERSON, *et al.*,

    Defendants.

Case No.  C06-5412FDB/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS AND DIRECTING ENTRY OF CASE MANAGEMENT ORDER

  The Court, having reviewed plaintiff's application to proceed in forma pauperis (Doc. 1), does hereby find and ORDER:

  (1) Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security therefor.  Accordingly, plaintiff's application to proceed as a pauper is **GRANTED.**

  (2) Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of greater of -- the average monthly deposits to the plaintiff's account or the average monthly balance in the plaintiff's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the court clerk as soon as practicable. Subsequently, if the plaintiff's account exceeds $10.00, each month the agency is directed to collect and forward payments equal to 20 percent of the plaintiff's preceding month's income credited to the plaintiff's account. In the event that the monthly payment would reduce the plaintiff's account below $10.00, the agency should collect and forward only that amount which would reduce the account to the

ORDER
Page - 1

$10.00 level. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the court until the entire filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send plaintiff a copy of this Order and the General Order, and a copy of this Order along with a copy of plaintiff's Acknowledgment and Authorization portion of the IFP application to the attention of the inmate account manager (IFP account manager) at the Special Commitment Center.

(4) Plaintiff litigates under close judicial scrutiny as a result of past abusive practices. The District Court Judges of this district have adopted a case management order and a sanction order relating to the plaintiff. The orders can be found in <u>Scott v Denny</u>, C04-5574. The case management order is docket number 30 and the sanctions order is docket number 76. The case management order directs the Magistrate Judge to enter a copy of the order in this case and the **clerk of court is directed to enter a copy of the case management order in this case**.

(5) Plaintiff is directed to provide service copies of the complaint and a completed summons for each defendant to be served. **The clerk of court is directed to send 2 summons to plaintiff**, one for each named defendant.

DATED this 14th day of August, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2