UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

    Plaintiff,

v.

SHAUNA ANDERSON, *et al.*,

    Defendants.

Case No. C06-5412 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING COMPLAINT WITHOUT PREJUDICE

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom,, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's Complaint [Dkt. # 7] is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Karen L. Strombom.

DATED this 17th day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1